**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MICASH, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>NETSPEND CORP.,<br><br>                Defendant. | CIVIL ACTION No. 2:12–CV–248–JRG |
| MICASH, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>PRECASH, INC.,<br><br>                Defendant. | CIVIL ACTION No. 2:12–CV–250–JRG |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff MiCash, Inc. and Defendant PreCash, Inc. hereby inform the Court that the parties have resolved the disputes between them.

Accordingly, MiCash, Inc. and PreCash, Inc. respectfully request that the Court dismiss all claims and counterclaims asserted in the action with prejudice, with all costs and expenses to be borne by the party incurring them.

Respectfully submitted,

/s/ Andrew W. Spangler (w/permission)
Andrew W. Spangler
   State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@sfipfirm.com

James A. Fussell, III
   AR State Bar No. 2003193
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: fussell@sfipfirm.com

Anthony J. Magee
   State Bar No. 00786081
Gruber Hurst Johansen Hail Shank
LLP
1445 Ross Ave., Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6800
Facsimile: 214-855-6808
Email: amagee@ghjhlaw.com

**ATTORNEY FOR MICASH, INC.**

Respectfully submitted,

/s/ Richard L. Wynne, Jr.
Ricky A. Raven
   State Bar No. 16585500
   ricky.raven@tklaw.com
Wade A. Johnson
   State Bar No. 24062197
   wade.johnson@tklaw.com

**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713/654-8111
Fax: 713/654-1871

Richard L. Wynne, Jr.
   State Bar No. 24003214
   richard.wynne@tklaw.com

**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214/969-1700
Fax: 214/969-1751

**ATTORNEYS FOR DEFENDANT
PRECASH, INC.**

## CERTIFICATE OF CONFERENCE

This is to certify that the parties have conferred regarding this motion, and as stated in the title of the motion, it is agreed and filed jointly by the parties.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2013, a true and correct copy of  the foregoing has been served on all counsel of record through the Court's ECF filing system.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.