**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MICASH, INC.,<br>    Plaintiff,<br>v.<br>NETSPEND CORP.,<br>    Defendant. | CIVIL ACTION NO. 2:12–CV–248–JRG |
| MICASH, INC.,<br>    Plaintiff,<br>v.<br>PRECASH, INC.,<br>    Defendant. | CIVIL ACTION NO. 2:12–CV–250–JRG |

**ORDER**

The Court has considered the Joint Motion to Dismiss filed by Plaintiff MiCash, Inc. and Defendant PreCash, Inc. in the above-captioned case and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted in the above-captioned case are hereby dismissed with prejudice to refiling.

IT IS FURTHER ORDERED that all costs and expenses shall be borne by the party incurring same.

**So Ordered and Signed on this**

**Aug 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE